1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:20-cv-568-LRH-WGC |
| Plaintiff, | |
| v. | |
| $357,965.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

16

**ORDER FOR SUMMONS AND WARRANT OF ARREST**

**IN REM FOR PROPERTY AND NOTICE**

A Complaint for Forfeiture <u>in Rem</u> has been filed herein by the United States of America. Pursuant to Rule G(2) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, in actions by the United States for forfeitures for federal statutory violations, the clerk, upon filing of the complaint, shall issue a summons and warrant to arrest the property if it is in the government's possession, custody, or control.

**IT IS, THEREFORE, HEREBY ORDERED** that a Summons and Warrant of Arrest issue against the property named in the Complaint and that the United States of America seize,

1

arrest, and take into custody defendant $357,965.00 IN UNITED STATES CURRENCY, and that all persons claiming an interest in the property must file a verified claim pursuant to Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and 18 U.S.C. § 983(a)(4)(A). The person asserting such interest in seized property in accordance with Rule G(5) and 18 U.S.C. § 983(a)(4)(A) shall file an answer or motion under Rule 12 responding to the Government's complaint for forfeiture not later than 21 days after the date of the filing of the claim. The claim and the answer or motion must be served upon the Office of the United States Attorney at the time of filing. Failure to file a verified claim and an answer or motion within the prescribed time will result in a judgment of forfeiture by default.

**IT IS FURTHER ORDERED** that notice of the action and the arrest be given by the United States of America by publication pursuant to Rule G(4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and that a copy of the Complaint for Forfeiture in Rem, this Order, the Warrant of Arrest, and the Notice of Complaint for Forfeiture and Arrest of Property be sent to any person who reasonably appears to be a potential claimant to the defendant property in accordance with Rule G(4)(b) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

**IT IS FURTHER ORDERED** that the United States of America shall file proof of publication and service with the Clerk of this Court.

DATED this 5th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2