UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>$357,965.00 IN UNITED STATES CURRENCY,<br><br>           Defendant. | 3:20-cv-568-LRH-WGC<br><br>STIPULATION TO ACKNOWLEDGE RECEIPT OF NOTICE OF COMPLAINT FOR FORFEITURE IN REM and TO FIX DATE FOR RESPONSE THERETO<br><br>**AND ORDER THEREON** |

It is hereby stipulated by and between plaintiff United States of America and potential claimant Daniel Hulsey, Jr., through their respective counsel, as follows:

1. This is a civil action for forfeiture in rem against a quantity of U.S. currency seized from a vehicle being driven by Daniel Hulsey, Jr. ("Hulsey") on or about May 10, 2020, in Washoe County, Nevada.

2. Hulsey is a potential claimant in this civil forfeiture action as described in Rule G(4)(b)(i), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules").

3. Undersigned counsel for Hulsey hereby acknowledges receipt of notice of this forfeiture action and a copy of the complaint for forfeiture, as described in Rule G(4)(b) of the Supplemental Rules, and further acknowledges he is has received such materials on behalf of his client (Hulsey).

4. As agreed by the parties, the notice of this forfeiture action received by Hulsey's counsel as above-described is a notice as described in Rule G(4)(b)(ii) of the Supplemental Rules and said notice states and establishes a deadline of November 30, 2020, for the filing of a verified claim as set forth in 18 USC, section 983(a)(4)(A).

_____
BRIAN JOHNSON
Counsel for Daniel Hulsey, Jr.

_____
GREG ADDINGTON
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE