**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>$357,965.00 IN UNITED STATES CURRENCY,<br><br>        Defendant. | 3:20-CV-568-LRH-WGC<br><br>**Order Granting The United States of America's Unopposed Motion to Withhold Decision on the Pending Motion for Summary Judgment (ECF No. 24)** |

**MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES**

    Pending before the Court is Plaintiff United States of America's Motion for Summary Judgement, ECF No. 24, Claimant Daniel Hulsey, Jr.'s Response, ECF No. 27, and Plaintiff's Reply, ECF No. 29. The parties have reached an agreement on the major terms of settlement for this matter. Currently, the parties are finalizing the settlement paperwork and anticipate that a settlement agreement will be filed with the Court for approval within approximately thirty days.

    In light of the high likelihood that this matter will be resolved via settlement in the near future, the parties ask this Court to withhold its decision on the pending Motion for Summary Judgment for thirty days, by which time the parties will either file a settlement agreement for Court approval or provide the Court with a joint status report. The parties believe that this course of action will promote prompt resolution of this matter by settlement and likely save the parties and the Court substantial time and resources.

Plaintiff has filed this motion as unopposed based on Claimant's counsel's consent. That consent was conveyed to Plaintiff on October 29, 2021.

For the above reasons, the parties ask this Court to order that (1) a decision on Plaintiff's Motion for Summary Judgment will be withheld for at least thirty days; and (2) by thirty days from the Court's Order the parties will either submit a settlement agreement for Court approval or file a joint status report advising the Court of the case's posture.

Dated this 29th day of October 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/  James A. Blum
JAMES A. BLUM
Assistant United States Attorney

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: November 3, 2021.